UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Camille Shelton<br><br>    Plaintiff,<br><br>v.<br><br>AllianceOne Receivables Management, Inc. dba AllianceOne<br><br>    Defendant. | Case No. 3:14-cv-02101-JJH<br><br>Judge Jeffrey J. Helmick<br>Magistrate Judge James R. Knepp |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

Date: March 9, 2015

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| Hyslip & Taylor, LLC, LPA | Shumaker, Loop & Kendrick, LLP |
| By: /s/ David M. Menditto<br>    David M. Menditto<br>    Jeffrey S. Hyslip<br><br>    1100 W. Cermak Rd., Ste. B410<br>    Chicago, IL 60608<br>    Telephone: (312) 380-6110<br>    Facsimile: (312) 361-3509<br>    davidm@fairdebt411.com<br>    jeffrey@lifetimedebtsolutions.com | By: /s/ Katherin S. Decker<br>    Katherine S. Decker<br>    David P. Strup<br><br>    1000 Jackson Street<br>    Toledo, OH 43604<br>    Telephone: (419) 241-9000<br>    Facsimile: (419) 241-6894<br>    kdecker@slk-law.com<br>    dstrup@slk-law.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2015, I electronically filed the foregoing Stipulation of Dismissal with Prejudice through the court's CM/ECF system, which will perfect service upon the following:

David P. Strup
Katherine Stone Decker
Shumaker, Loop & Kendrick - Toledo
1000 Jackson Street
Toledo, OH 43604

Counsel For:
Defendant, AllianceOne Receivables
Management, Inc, dba AllianceOne

                 /s/ David M. Menditto

So Ordered.

S/ Jeffrey J. Helmick
United States District Judge